| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF TEXAS | |
| Case number *(if known)* _____ Chapter **7** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Toni&Guy U.S.A., LLC** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA **Toni & Guy**<br>DBA **Toni & Guy USA**<br>DBA **Toni & Guy Hairdressing** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-3872850** | |
| 4. | Debtor's address | **Principal place of business**<br>**4257 Kellway Circle**<br>**Addison, TX 75001**<br>Number, Street, City, State & ZIP Code<br>**Dallas**<br>County | **Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **toniguy.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Toni&Guy U.S.A., LLC** _____ Case number (*if known*)_____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___7231___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Toni&Guy U.S.A., LLC** _____ Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Toni&Guy U.S.A., LLC** _____   Case number (*if known*)_____
Name

☐ $50,001 - $100,000                  ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000                 ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million               ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor **Toni&Guy U.S.A., LLC**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 25, 2024**
MM / DD / YYYY

**X /s/ Zak Mascolo**      **Zak Mascolo**
Signature of authorized representative of debtor      Printed name

Title **CEO**

**18. Signature of attorney**

**X /s/ Robert Yaquinto, Jr.**      Date **April 25, 2024**
Signature of attorney for debtor      MM / DD / YYYY

**Robert Yaquinto, Jr. 22115750**
Printed name

**Sherman & Yaquinto, LLP**
Firm name

**509 N. Montclair Avenue**
**Dallas, TX 75208**
Number, Street, City, State & ZIP Code

Contact phone **(214) 942.5502**      Email address **Rob@syllp.com**

**22115750 TX**
Bar number and State

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
§
**Toni&Guy U.S.A., LLC**   §   Case No.:
§
§
§
Debtor(s) §
§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.

- ☐ adds entities not listed on previously filed mailing list(s).

- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date:   **April 25, 2024**             **/s/ Zak Mascolo**
                                        **Zak Mascolo**/**CEO**
                                        Signer/Title

Date:   **April 25, 2024**             **/s/ Robert Yaquinto, Jr.**
                                        Signature of Attorney
                                        **Robert Yaquinto, Jr. 22115750**
                                        **Sherman & Yaquinto, LLP**
                                        **509 N. Montclair Avenue**
                                        **Dallas, TX 75208**
                                        **(214) 942.5502   Fax: (214) 946.7601**

                                        **26-3872850**
                                        Debtor's Social Security/Tax ID No.

                                        Joint Debtor's Social Security/Tax ID No.

```
A1 Locksmith
12255 Preston #105
Celina, TX 75009


Above and Beyond Plumbing Services
PO Box 2065
Keller, TX 76244


Adam B. Nach
2001 E. Campbell Ste. 103
Phoenix, AZ 85016


Addison False Alarm Reduction Program
PO Box 840616
Dallas, TX 75284-0616


ADT Secuirty Services
PO Box 371878
Pittsburgh, PA 15250


Aegis Law
601 S. Lindbergh Blvd
Saint Louis, MO 63131


Agility Recovery Solutions
1225 17th ST
Suite 2000
Denver, CO 80202-6498


Ally
Payment Processing Center
PO Box 9001951
Louisville, KY 40290-1951


Athens Services
PO Box 60009
City of Industry, CA 91716-0009
```

```
Atmos Energy
PO Box 740353
Cincinnati, OH 45274-0353


Bankdirect Capital Finance
150 North Field Dr
Suite 190
Lake Forest, IL 60045


Barnett Garcia
3821 Juniper Trace
Suite 108
Austin, TX 78738


Bolt Holdco II Inc.
 dba Calverly Service Experts
3351 E Loop 820
Fort Worth, TX 76119


C2C Resources, LLC
1455 Lincoln Pkwy E
Suite 550
Atlanta, GA 30346


Caine & Weiner
805 Sepulveda Blvd
4th Floor
Van Nuys, CA 91411


Calderon-Torres Enterprises LLC
PO Box 80254
Keller, TX 76244


Calltower
PO Box 201083
Dallas, TX 75320-1083


Calltower, Inc.
10701 River Parkway
4th Floor
South Jordan, UT 84095
```

```
CashFloit LLC
33 E 3rd Street
New York, NY 10016


CCS Facility Services
3001 Red Hill Ave
Bldg 6 STe 220
Costa Mesa, CA 92626


CDW LLC
PO Box 75723
Chicago, IL 60675-5723


Charter DW Watters Creek Village, LLC
Watters Creek Management Office
970 Garden Park Dr.
Allen, TX 75013


Cirro Energy
PO Box 2229
Houston, TX 77252


Cloudfund LLC/Delta Bridge Loan
400 Rella Blvd.
Suite 165-101
Suffern, NY 10901-1000


Conservice
750 South Gateway Dr
Logan, UT 84321


Constellation New Energy
PO Box 105223
Atlanta, GA 30348-5223


CT Corporation
PO Box 1030
2400 BA
Alphen aan den Rijn, Netherlands
```

```
Daltex Janitorial Services, LLC
PO Box 742661
Dallas, TX 75374


Datamax TX Leasing
PO Box 2235
Saint Louis, MO 63109


DDSEP LLC
3305 Wiley Post
Carrollton, TX 75006


De Rito Talking Stick South, LLC
3800 N Central Ave
Suite 460
Phoenix, AZ 85012


Denman
500 Mall Rd. Ste 206
Burlington, MA 01803


Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0002


Digital Marketing and Print Solutions
3305 Wiley Post Rd
Carrollton, TX 75006


Dynamark Monitoring, Inc.
PO Box 4307 Lancaster
Lancaster, PA 17604-4307


Fedex
US Collection Dept
PO Box 660481
Dallas, TX 75266
```

Fire Star Alarm and Communications, Inc.
6333 Airport Fwy Ste 220
Haltom City, TX 76117


Fortress Security LLC
20000 E. Randol Mill Rd
Suite 611
Arlington, TX 76001


Galleria Mall Investors LP
13350 Dallas Pkwy Ste 3080
Dallas, TX 75240


Inventory Fulfillment Soultutions LLC
3305 Wiley Post
Carrollton, TX 75006


Iron Mountain
PO Box 915004
Dallas, TX 75391-5004


John R. Ames, CTA
Dallas County Tax Assessor/Collector
PO Box 139066
Dallas, TX 75313-9066


Joshua Marzioli
4257 Kellway Circle
Addison, TX 75001


KAO USA Inc.
100 N Charles St
Floor 15
Baltimore, MD 21201


Kim Dawson Agency
1645 N Stemmons Fwy Ste. B
Dallas, TX 75207

```
Kite Reality Group
Southlake Town Center
305 Meridian St
Suite 1100
Indianapolis, IN 46204


KRG Town Square Ventures IV, LLC
9640 Vista Oaks Drive
Dallas, TX 75243


Lane & Nach P.C.
Adam B. Nach P.C.
2001 E Campbell St., #103
Phoenix, AZ 85016


Law of Offices Isaac H. Greenfield, PLLC
2 Executive Blvd., Ste 305
Suffern, NY 10901


Los Angeles Dept of Water & Power
PO Box 30808
Los Angeles, CA 90030


Majestic Fire, Inc.
PO Box 57019
Sherman Oaks, CA 91413


MC Commerical Cleaning
PO Box 852762
Mesquite, TX 75185


Mesa Water District
PO Box 6513
Pasadena, CA 91109


Netfortris Acquisitions., Inc.
PO Box 111017
Hartford, CT 06115
```

```
Netsuite Inc
Bank of America Lockbox Service
15612 Collections Center Dr
Chicago, IL 60693


Northpark Partners, LP
PO Box 829007
Dallas, TX 75382-9007


NRG
PO Box 1532
Houston, TX 77251-1532


O'Bryan Plumbing Services
104 N Cedar Dr
Allen, TX 75002


Office of Finance, City of Los Angeles
Spe Levl Desk Unit
200 North Springs St
Room 161
Los Angeles, CA 90012


Patrick Lehmberg
Davis & Jones, LLC
2521 Brown Blvd
Arlington, TX 76006


Pitney Bowes Global Financial Services
PO Box 981022
MA 02218-1022


Pivot Point International
8725 West Higgins Rd Ste 700
Chicago, IL 60631


Quench USA, Inc.
PO Box 735777
Dallas, TX 75373
```

R. Spencer Shytles
1401 Burnham Drive
Plano, TX 75093


Shoppa's Material Handling
15217 Grand River Rd
Fort Worth, TX 76155


Soci Inc.
350 Tenth Ave Ste 101
San Diego, CA 92101


Soundtrack Your Brand USA, Inc.
PO Box 214445 PMB 12010
Seattle, WA 98111-3445


South Coast Plaza
650 Town Center Dr. Ste 150
Costa Mesa, CA 92626


Southern California Edison
PO Box 600
Rosemead, CA 91771


Staples Advantage
PO Box 660409
Dallas, TX 75266-0409


State Auto Insurance Companies
518 East Board St
Columbus, OH 43215


Stratus Building Solutions
2331 Furrington St
Dallas, TX 75207

Stylist Wear
12215 Forestgate Dr
Dallas, TX 75243


Tigi Linea Products
1455 Lincoln Pkwy Ste. 550
Atlanta, GA 30346


Tri-County Electric Cooperative, Inc.
PO Box 961032
Fort Worth, TX 76161


Verizon Business
PO Box 15043
Albany, NY 12212-5043


Wallflower Management, LLC
3809 Parry Ave #105
Dallas, TX 75226


Wash Mutifamily Laundry Systems
2200 West 195th St
Torrance, CA 90501


Waterlogic USA, Inc
Waterlogic Americas, LLC
Po Box 75777
Dallas, TX 75373


Watters Creek Owner LLC
970 Garden Park Dr.
Allen, TX 75013


Worrel Enterprises Inc dba
Perfect Trim Lawn & Landscape
PO Box 820221
North Richland Hills, TX 76182

```
WP Engine, Inc.
504 LaVaca St Ste. 1000
Austin, TX 78701


Wright International Student Services
6405 Metcalf Ave Ste 504
Mission, KS 66202


Zak Mascolo
4257 Kellway Circle
Addison, TX 75001


Zak Mascolo
4257 Kellway Circle
Addison, TX 75001


Zipwhip Inc.
300 Elliott Ave W #500
Seattle, WA 98119
```

# United States Bankruptcy Court
## Northern District of Texas

In re  **Toni&Guy U.S.A., LLC**
Debtor(s)

Case No.
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Toni&Guy U.S.A., LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 25, 2024**
Date

**/s/ Robert Yaquinto, Jr.**
**Robert Yaquinto, Jr. 22115750**
Signature of Attorney or Litigant
Counsel for **Toni&Guy U.S.A., LLC**
**Sherman & Yaquinto, LLP**
**509 N. Montclair Avenue**
**Dallas, TX 75208**
**(214) 942.5502 Fax:(214) 946.7601**
**Rob@syllp.com**