**Fill in this information to identify the case:**

Debtor name      **Toni&Guy U.S.A., LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **24-31195-7**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  6, 2024**          X **/s/ Zak Mascolo**
                                            Signature of individual signing on behalf of debtor

                                            **Zak Mascolo**
                                            Printed name

                                            **CEO**
                                            Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name    **Toni&Guy U.S.A., LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **24-31195-7**

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                          12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................    $ _____35,000.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................    $ _____35,000.00

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____271,930.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ _____210,974.20

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$ _____2,169,212.53

4.   **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b    $ ____2,652,116.73

**Fill in this information to identify the case:**

Debtor name    **Toni&Guy U.S.A., LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **24-31195-7**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

| Debtor | **Toni&Guy U.S.A., LLC** | Case number *(If known)* | **24-31195-7** |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Server Equipment | $0.00 | | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $0.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2019 Mercedes Sprinter Van, VIN-WD4PF0CD8KP031802, MILEAGE-87410** | $44,100.00 | Nada | $35,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor    **Toni&Guy U.S.A., LLC**
_____
Name

Case number *(If known)*  **24-31195-7**

---

51.  **Total of Part 8.**

| | $35,000.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
  - ■ No
  - ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  - ■ No
  - ☐ Yes

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

  - ■ No.  Go to Part 10.
  - ☐ Yes Fill in the information below.

---

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

  - ☐ No.  Go to Part 11.
  - ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** toniguy.com | $0.00 | | $0.00 |

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**

| | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
  - ☐ No
  - ■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  - ■ No
  - ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  - ■ No
  - ☐ Yes

---

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

---

Debtor    **Toni&Guy U.S.A., LLC**                                    Case number *(If known)*  **24-31195-7**
          Name

■ No.  Go to Part 12.
□ Yes Fill in the information below.

| Debtor | **Toni&Guy U.S.A., LLC** | Case number *(If known)* **24-31195-7** |
|---|---|---|
| | Name | |

<div style="background:black;color:white">Part 12:</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $35,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $35,000.00 |

**Fill in this information to identify the case:**

Debtor name    **Toni&Guy U.S.A., LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **24-31195-7**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1**  **Ally**<br>Creditor's Name<br><br>**Payment Processing Center**<br>**PO Box 9001951**<br>**Louisville, KY 40290-1951**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2019 Mercedes Sprinter Van, VIN-WD4PF0CD8KP031802, MILEAGE-87410** | **$39,000.00** | **$35,000.00** |
| | Describe the lien | | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred**<br>**10/05/2022** | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**5844** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2**  **CashFloit LLC**<br>Creditor's Name<br><br>**33 E 3rd Street**<br>**New York, NY 10016**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Future sales receipts** | **$100,000.00** | **$0.00** |
| | Describe the lien | | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** | Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

| Debtor | Toni&Guy U.S.A., LLC | Case number (if known) | 24-31195-7 |
| --- | --- | --- | --- |
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Cloudfund LLC/Delta Bridge Loan** | | | | |
| --- | --- | --- | --- | --- | --- |

| | | | |
| --- | --- | --- | --- |
| **Cloudfund LLC/Delta Bridge Loan** | Describe debtor's property that is subject to a lien | $132,930.00 | $0.00 |
| Creditor's Name | **Future sales receipts** | | |
| **400 Rella Blvd.** | | | |
| **Suite 165-101** | | | |
| **Suffern, NY 10901-1000** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Non-Purchase Money Security** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No | | |
| | ☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
| **11/15/2023** | ☐ No | | |
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| ■ No | Check all that apply | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$271,930.00**

---

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Law of Offices Isaac H. Greenfield, PLLC**<br>**2 Executive Blvd., Ste 305**<br>**Suffern, NY 10901** | Line  **2.2** | |

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Toni&Guy U.S.A., LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td><strong>24-31195-7</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**Austin, TX 73301-0002**<br><br>As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$206,962.28** | **$206,962.28** |
| | Date or dates debt was incurred<br>**06/30/2020**<br><br>Basis for the claim:<br>**Federal Taxes** | | |
| | Last 4 digits of account number **2850**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**John R. Ames, CTA**<br>**Dallas County Tax**<br>**Assessor/Collector**<br>**PO Box 139066**<br>**Dallas, TX 75313-9066**<br><br>As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,011.92** | **$4,011.92** |
| | Date or dates debt was incurred<br>**2022/2023**<br><br>Basis for the claim:<br>**Property Taxes** | | |
| | Last 4 digits of account number **7600**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Toni&Guy U.S.A., LLC** | | Case number (*if known*) | **24-31195-7** |
|---|---|---|---|---|
| | Name | | | |

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$411.36**

**A1 Locksmith**
**12255 Preston #105**
**Celina, TX 75009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Service**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,162.19**

**Above and Beyond Plumbing Services**
**PO Box 2065**
**Keller, TX 76244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Service**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143,000.00**

**Adam B. Nach**
**2001 E. Campbell Ste. 103**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Collecting for Scottsdale Academy School**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Addison False Alarm Reduction Program**
**PO Box 840616**
**Dallas, TX 75284-0616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Service**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$535.52**

**ADT Secuirty Services**
**PO Box 371878**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **8821**

Basis for the claim: **Service**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,262.42**

**Agility Recovery Solutions**
**1225 17th ST**
**Suite 2000**
**Denver, CO 80202-6498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Service**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$382.82**

**Athens Services**
**PO Box 60009**
**City of Industry, CA 91716-0009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Service**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Toni&Guy U.S.A., LLC** | Case number (if known) | **24-31195-7** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$685.25** |

**Atmos Energy**
**PO Box 740353**
**Cincinnati, OH 45274-0353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Utility__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,750.18** |

**Bankdirect Capital Finance**
**150 North Field Dr**
**Suite 190**
**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Service__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,963.15** |

**Barnett Garcia**
**3821 Juniper Trace**
**Suite 108**
**Austin, TX 78738**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __11/09/2023__

**Basis for the claim:** __Collecting for Constellation New Energy__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,989.74** |

**Bolt Holdco II Inc.**
** dba Calverly Service Experts**
**3351 E Loop 820**
**Fort Worth, TX 76119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Service__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**C2C Resources, LLC**
**1455 Lincoln Pkwy E**
**Suite 550**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Collecting for TGI Linea, inc.__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,846.00** |

**Caine & Weiner**
**805 Sepulveda Blvd**
**4th Floor**
**Van Nuys, CA 91411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Collecting for KAO USA Inc__

**Last 4 digits of account number** __1116__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,033.00** |

**Calderon-Torres Enterprises LLC**
**PO Box 80254**
**Keller, TX 76244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Toni&Guy U.S.A., LLC**

Name                                                          Case number (if known)   **24-31195-7**

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,670.79** |
|---|---|---|---|

**Calltower**
**PO Box 201083**
**Dallas, TX 75320-1083**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4403**

Basis for the claim:   **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,800.00** |
|---|---|---|---|

**Calltower, Inc.**
**10701 River Parkway**
**4th Floor**
**South Jordan, UT 84095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,907.45** |
|---|---|---|---|

**CCS Facility Services**
**3001 Red Hill Ave**
**Bldg 6 STe 220**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$117,559.23** |
|---|---|---|---|

**CDW LLC**
**PO Box 75723**
**Chicago, IL 60675-5723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **05/18/2023**

Last 4 digits of account number _

Basis for the claim:   **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79,648.02** |
|---|---|---|---|

**Charter DW Watters Creek Village, LLC**
**Watters Creek Management Office**
**970 Garden Park Dr.**
**Allen, TX 75013**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Lease Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,858.70** |
|---|---|---|---|

**Cirro Energy**
**PO Box 2229**
**Houston, TX 77252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/04/2023**

Last 4 digits of account number **8820**

Basis for the claim:   **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$375.34** |
|---|---|---|---|

**Conservice**
**750 South Gateway Dr**
**Logan, UT 84321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Utility**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Toni&Guy U.S.A., LLC | Case number (if known) | 24-31195-7 |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,888.77** |
|---|---|---|---|
| | **CT Corporation** | ☐ Contingent | |
| | **PO Box 1030** | ☐ Unliquidated | |
| | **2400 BA** | ☐ Disputed | |
| | **Alphen aan den Rijn, Netherlands** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,294.18** |
|---|---|---|---|
| | **Daltex Janitorial Services, LLC** | ☐ Contingent | |
| | **PO Box 742661** | ☐ Unliquidated | |
| | **Dallas, TX 75374** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Service** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,416.67** |
|---|---|---|---|
| | **Datamax TX Leasing** | ☑ Contingent | |
| | **PO Box 2235** | ☐ Unliquidated | |
| | **Saint Louis, MO 63109** | ☐ Disputed | |
| | **Date(s) debt was incurred  05/15/2023** | **Basis for the claim:** **Service** | |
| | **Last 4 digits of account number  0T01** | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,402.85** |
|---|---|---|---|
| | **DDSEP LLC** | ☐ Contingent | |
| | **3305 Wiley Post** | ☐ Unliquidated | |
| | **Carrollton, TX 75006** | ☐ Disputed | |
| | **Date(s) debt was incurred  11/10/2023** | **Basis for the claim:** **Trade debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$216,201.08** |
|---|---|---|---|
| | **De Rito Talking Stick South, LLC** | ☑ Contingent | |
| | **3800 N Central Ave** | ☐ Unliquidated | |
| | **Suite 460** | ☐ Disputed | |
| | **Phoenix, AZ 85012** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,406.25** |
|---|---|---|---|
| | **Denman** | ☐ Contingent | |
| | **500 Mall Rd. Ste 206** | ☐ Unliquidated | |
| | **Burlington, MA 01803** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,770.91** |
|---|---|---|---|
| | **Digital Marketing and Print Solutions** | ☐ Contingent | |
| | **3305 Wiley Post Rd** | ☐ Unliquidated | |
| | **Carrollton, TX 75006** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Toni&Guy U.S.A., LLC** | | Case number (if known) | **24-31195-7** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Dynamark Monitoring, Inc.**<br>**PO Box 4307 Lancaster**<br>**Lancaster, PA 17604-4307** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,225.87** |
|---|---|---|---|
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Fedex**<br>**US Collection Dept**<br>**PO Box 660481**<br>**Dallas, TX 75266** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,700.00** |
|---|---|---|---|
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Service**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Fire Star Alarm and Communications, Inc.**<br>**6333 Airport Fwy Ste 220**<br>**Haltom City, TX 76117** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,017.56** |
|---|---|---|---|
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Service**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Fortress Security LLC**<br>**20000 E. Randol Mill Rd**<br>**Suite 611**<br>**Arlington, TX 76001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22,259.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **11/13/2023**<br>Last 4 digits of account number  **1356** | Basis for the claim:  **Security System**<br><br>Is the claim subject to offset? ☐ No  ■ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Galleria Mall Investors LP**<br>**13350 Dallas Pkwy Ste 3080**<br>**Dallas, TX 75240** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$78,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Unpaid Rent**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Inventory Fulfillment Soultutions LLC**<br>**3305 Wiley Post**<br>**Carrollton, TX 75006** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,019.20** |
|---|---|---|---|
| | Date(s) debt was incurred  **06/21/2023**<br>Last 4 digits of account number  _ | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Iron Mountain**<br>**PO Box 915004**<br>**Dallas, TX 75391-5004** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,393.24** |
|---|---|---|---|
| | Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | Basis for the claim:  **Service**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Toni&Guy U.S.A., LLC** | Case number (if known) | **24-31195-7** |
|---|---|---|---|
| | Name | | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Kim Dawson Agency**
**1645 N Stemmons Fwy Ste. B**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80,454.61** |
|---|---|---|---|

**Kite Reality Group**
**Southlake Town Center**
**305 Meridian St**
**Suite 1100**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KRG Town Square Ventures IV, LLC**
**9640 Vista Oaks Drive**
**Dallas, TX 75243**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52,317.24** |
|---|---|---|---|

**Los Angeles Dept of Water & Power**
**PO Box 30808**
**Los Angeles, CA 90030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$599.40** |
|---|---|---|---|

**Majestic Fire, Inc.**
**PO Box 57019**
**Sherman Oaks, CA 91413**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,786.63** |
|---|---|---|---|

**MC Commerical Cleaning**
**PO Box 852762**
**Mesquite, TX 75185**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$654.87** |
|---|---|---|---|

**Mesa Water District**
**PO Box 6513**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Toni&Guy U.S.A., LLC | | Case number (if known) | 24-31195-7 |
|---|---|---|---|---|
| | Name | | | |

---

**3.43** | Nonpriority creditor's name and mailing address
**Netfortris Acquisitions., Inc.**
PO Box 111017
Hartford, CT 06115

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$70,918.42**

---

**3.44** | Nonpriority creditor's name and mailing address
**Netsuite Inc**
**Bank of America Lockbox Service**
**15612 Collections Center Dr**
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$30,553.74**

---

**3.45** | Nonpriority creditor's name and mailing address
**Northpark Partners, LP**
PO Box 829007
Dallas, TX 75382-9007

Date(s) debt was incurred  02/07/2017

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$307,789.03**

---

**3.46** | Nonpriority creditor's name and mailing address
**NRG**
PO Box 1532
Houston, TX 77251-1532

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,093.38**

---

**3.47** | Nonpriority creditor's name and mailing address
**O'Bryan Plumbing Services**
104 N Cedar Dr
Allen, TX 75002

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,202.66**

---

**3.48** | Nonpriority creditor's name and mailing address
**Office of Finance, City of Los Angeles**
**Spe Levl Desk Unit**
**200 North Springs St**
**Room 161**
Los Angeles, CA 90012

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,306.16**

---

**3.49** | Nonpriority creditor's name and mailing address
**Patrick Lehmberg**
**Davis & Jones, LLC**
**2521 Brown Blvd**
Arlington, TX 76006

Date(s) debt was incurred _

Last 4 digits of account number  9113

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collecting for Apex Mechanical Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,430.00**

---

| Debtor | Toni&Guy U.S.A., LLC | Case number (if known) | 24-31195-7 |
|---|---|---|---|
| | Name | | |

---

**3.50** | Nonpriority creditor's name and mailing address
**Pitney Bowes Global Financial Services**
PO Box 981022
Boston, MA 02218-1022

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$15,000.00**

---

**3.51** | Nonpriority creditor's name and mailing address
**Pivot Point International**
8725 West Higgins Rd Ste 700
Chicago, IL 60631

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$211,981.16**

---

**3.52** | Nonpriority creditor's name and mailing address
**Quench USA, Inc.**
PO Box 735777
Dallas, TX 75373

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$579.00**

---

**3.53** | Nonpriority creditor's name and mailing address
**Shoppa's Material Handling**
15217 Grand River Rd
Fort Worth, TX 76155

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$164.59**

---

**3.54** | Nonpriority creditor's name and mailing address
**Soci Inc.**
350 Tenth Ave Ste 101
San Diego, CA 92101

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$35,657.70**

---

**3.55** | Nonpriority creditor's name and mailing address
**Soundtrack Your Brand USA, Inc.**
PO Box 214445 PMB 12010
Seattle, WA 98111-3445

Date(s) debt was incurred _

Last 4 digits of account number  0259

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$548.91**

---

**3.56** | Nonpriority creditor's name and mailing address
**South Coast Plaza**
650 Town Center Dr. Ste 150
Costa Mesa, CA 92626

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

**$103,967.00**

---

| Debtor | **Toni&Guy U.S.A., LLC** | Case number (if known) | **24-31195-7** |
|---|---|---|---|
| | Name | | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,021.29** |
|---|---|---|---|

**Southern California Edison**
**PO Box 600**
**Rosemead, CA 91771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,471.05** |
|---|---|---|---|

**Staples Advantage**
**PO Box 660409**
**Dallas, TX 75266-0409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,825.58** |
|---|---|---|---|

**State Auto Insurance Companies**
**518 East Board St**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,600.00** |
|---|---|---|---|

**Stratus Building Solutions**
**2331 Furrington St**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,727.28** |
|---|---|---|---|

**Stylist Wear**
**12215 Forestgate Dr**
**Dallas, TX 75243**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64,337.71** |
|---|---|---|---|

**Tigi Linea Products**
**1455 Lincoln Pkwy Ste. 550**
**Atlanta, GA 30346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,848.00** |
|---|---|---|---|

**Tri-County Electric Cooperative, Inc.**
**PO Box 961032**
**Fort Worth, TX 76161**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Toni&Guy U.S.A., LLC | Case number (if known) | 24-31195-7 |
|---|---|---|---|
| | Name | | |

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Verizon Business**
**PO Box 15043**
**Albany, NY 12212-5043**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$98,580.12**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Wallflower Management, LLC**
**3809 Parry Ave #105**
**Dallas, TX 75226**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$720.00**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Wash Mutifamily Laundry Systems**
**2200 West 195th St**
**Torrance, CA 90501**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,374.66**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Waterlogic USA, Inc**
**Waterlogic Americas, LLC**
**Po Box 75777**
**Dallas, TX 75373**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$328.23**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Watters Creek Owner LLC**
**970 Garden Park Dr.**
**Allen, TX 75013**

**Date(s) debt was incurred  08/01/2008**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Unpaid Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$108,271.43**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Worrel Enterprises Inc dba**
**Perfect Trim Lawn & Landscape**
**PO Box 820221**
**North Richland Hills, TX 76182**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,335.30**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**WP Engine, Inc.**
**504 LaVaca St Ste. 1000**
**Austin, TX 78701**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,599.00**

---

| Debtor | Toni&Guy U.S.A., LLC | | Case number (if known) | **24-31195-7** |
|---|---|---|---|---|
| | Name | | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |
|---|---|---|---|

**Wright International Student Services**
6405 Metcalf Ave Ste 504
Mission, KS 66202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,736.64** |
|---|---|---|---|

**Zipwhip Inc.**
300 Elliott Ave W #500
Seattle, WA 98119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Aegis Law**<br>601 S. Lindbergh Blvd<br>Saint Louis, MO 63131 | Line **3.24**<br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Constellation New Energy**<br>PO Box 105223<br>Atlanta, GA 30348-5223 | Line **3.10**<br>☐ Not listed. Explain ___ | _ |
| 4.3 | **KAO USA Inc.**<br>100 N Charles St<br>Floor 15<br>Baltimore, MD 21201 | Line **3.13**<br>☐ Not listed. Explain ___ | _ |
| 4.4 | **Lane & Nach P.C.**<br>Adam B. Nach P.C.<br>2001 E Campbell St., #103<br>Phoenix, AZ 85016 | Line **3.26**<br>☐ Not listed. Explain ___ | _ |
| 4.5 | **R. Spencer Shytles**<br>1401 Burnham Drive<br>Plano, TX 75093 | Line **3.38**<br>☐ Not listed. Explain ___ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 210,974.20 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,169,212.53 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,380,186.73 |

**Fill in this information to identify the case:**

Debtor name     **Toni&Guy U.S.A., LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF TEXAS

Case number (if known)     **24-31195-7**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|        State the term remaining | |
|        List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|
| Debtor name **Toni&Guy U.S.A., LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS |
| Case number (if known) **24-31195-7** |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Joshua Marzioli** | **4257 Kellway Circle Addison, TX 75001** | **Ally** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Zak Mascolo** | **4257 Kellway Circle Addison, TX 75001** | **Cloudfund LLC/Delta Bridge Loan** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Zak Mascolo** | **4257 Kellway Circle Addison, TX 75001** | **CashFloit LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |